# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIELLE THREADFORD and WILLIAM HOLMES, on behalf of the McKinney Communications Corporation Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON TRUST AND INVESTMENT MANAGEMENT, N.A., RODDY McKINNEY and JANICE McKINNEY,<br><br>Defendants. | Case No.: 2:20-CV-00750-RDP |

## CERTIFICATION OF COMPLIANCE WITH COURT'S ORDER TO APPEAR *PRO HAC VICE*

Pursuant to the Local Rules and Recent Court Order (Dkt. 110), Adam Carlisle certifies that he has read and understands (a) the Local Rules for the United States District Court for the Northern District of Alabama, (b) the Alabama State Bar Code of Professional Courtesy, (c) the Alabama State Bar Lawyers' Creed, and (d) the CM/ECF requirements for the United States District Court for the Northern District of Alabama.

Dated this 4th day of January, 2022.

                                              Respectfully submitted,

                                              _____
                                              Adam R. Carlisle
                                              Jackson Lewis P.C.
                                              Adam.Carlisle@jacksonlewis.com
                                              650 Poydras Street, Suite 1900
                                              New Orleans, LA 70130
                                              Telephone:  504-208-1755
                                              Facsimile:  504-208-1759

                                              ***Attorney for Defendants Roddy McKinney and Janice McKinney***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of January, 2022, a true and correct copy of the foregoing has been served via the Court's CM/ECF filing system, as follows:

Patrick O. Muench, Esq.
pmuench@baileyglasser.com
**BAILEY & GLASSER LLP**
333 S. Wabash Avenue
Chicago, IL  60604

Ryan T. Jenny, Esq.
rjenny@baileyglasser.com
Gregory Y. Porter
gporter@baileyglasser.com
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC  20007

Andrew Salek-Raham, Esq.
asalek-raham@groom.com
Lars C. Golumbic, Esq.
lcg@groom.com
Sean C. Abouchedid, Esq.
sabouchedid@groom.com
**GROOM LAW GROUP**
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC  20005

Rebecca H. Fischer, Esq.
rebecca@ladfislaw.com
**LADERER & FISCHER P.C.**
525 E. Colfax Avenue, Unit #101
South Bend, IN  46617

Douglas P. Needham
dneedham@ikrlaw.com
Robert A. Izard
rizard@ikrlaw.com

**IZARD, KINDALL & RAABE LLP**
29 S Main Street, Suite 305
West Hartford, CT 06107


     *s/Adam R. Carlisle*