IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIELLE THREADFORD and WILLIAM HOLMES**, on behalf of the McKinney Communications Corporation Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**HORIZON TRUST AND INVESTMENT MANAGEMENT, N.A., RODDY McKINNEY, and JANICE McKINNEY,**<br><br>Defendants. | **Case No. 2:20-cv-750-RDP**<br><br>**Joint Motion** |

## JOINT MOTION TO STAY

Plaintiffs Danielle Threadford and William Holmes, Defendant Horizon Trust,[1] and Defendants Roddy and Janice McKinney (collectively, the "Parties"), by and through their undersigned counsel, respectfully request that the Court stay discovery and all pending deadlines for a period of 60 days to allow the Parties to attempt to resolve the action using a private mediator. In support of this motion, the Parties state as follows:

1. The Court held a scheduling conference on December 15, 2021, (Doc. 103), at which the Court encouraged the Parties to explore avenues for alternate dispute resolution.

---

[1] "Horizon Trust" is used here as shorthand for Horizon Bank, d/b/a Horizon Trust & Investment Management. Plaintiffs named as defendant "Horizon Trust and Investment Management, N.A.," which does not exist.

1

2.     Following the scheduling conference, the Court entered a Scheduling Order on December 16, 2021. (Doc. 106).

3.     Since then, the Parties exchanged initial disclosures and have been engaged in document discovery, including third party discovery.

4.     The Parties believe that, at this point, they have exchanged enough information that an early mediation may prove productive.

5.     The Parties have therefore scheduled a mediation for March 21, 2022, with a private mediator who specializes in disputes arising under the Employee Retirement Income Security Act of 1974, including disputes involving employee stock ownership plans.

6.     The Parties respectfully request a stay of discovery and of all currently pending deadlines set forth in the Court's Scheduling Order, (Doc. 106) for 60 days, which will allow them both to conserve resources and to focus their efforts on attempting to resolve the dispute. In the absence of a stay, the parties will have to incur significant expense on discovery that would be rendered unnecessary if they reach a settlement agreement.

7.     In the event that the Parties do not agree to a settlement at the March 21, 2022 mediation, the Parties propose that, at the conclusion of the 60-day stay period, they jointly submit a revised proposed scheduling order for the Court's consideration.

8.     This motion is made in good faith and not for any improper purpose, and there will be no prejudice to any party if the requested extension of time is granted.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court enter an order (i) staying discovery and all deadlines set forth in the Scheduling Order, (Doc. 106), for 60 days, and (ii) ordering the Parties to submit a joint revised scheduling order at

the conclusion of the 60 day period, should the mediation fail to result in a settlement of all claims.

Dated: January 24, 2022                                    Respectfully submitted,

**JACKSON LEWIS P.C.**                                    **MAYNARD, COOPER & GALE, P.C.**

*/s/ Thomas A. Davis*                                     */s/ William B. Wahlheim, Jr.*
Thomas A. Davis (ASB-5877-S56T)                           William B. Wahlheim, Jr.
Synovus Center                                            2400 Regions/Harbert Plaza
800 Shades Creek Parkway, Suite 870                       1901 6th Avenue North
Birmingham, Alabama 35209                                 Birmingham, Alabama 35203
Tel: (205) 332-3101                                       Tel: 205.254.1000
Fax: (205) 332-3131                                       Fax: 205.254.1988
Thomas.Davis@jacksonlewis.com                             wwalheim@maynardcooper.com

Howard Shapiro (*pro hac vice*)                           **GROOM LAW GROUP, CHARTERED**
650 Poydras Street, Suite 1900
New Orleans, LA 70130                                     Lars C. Golumbic (*pro hac vice*)
Tel: (504) 208-1755                                       Sean C. Abouchedid (*pro hac vice*)
Fax: (504) 208-1759                                       Andrew D. Salek-Raham (*pro hac vice*)
Howard.Shapiro@jacksonlewis.com                           1701 Pennsylvania Ave., NW
Juan.Obregon@jacksonlewis.com                             Suite 1200
                                                          Washington, DC 20006
***Attorneys for and Roddy McKinney and***                Tel: (202)861-6615
***Janice McKinney***                                     Fax: (202) 659-4503
                                                          LGolumbic@groom.com
                                                          SAbouchedid@groom.com
**BAILEY & GLASSER LLP**                                  ASalek-Raham@groom.com

*/s/ David L. Selby II*                                   ***Attorneys for Horizon Bank d/b/a Horizon***
David L. Selby II                                         ***Trust and Investment Management***
3000 Riverchase Galleria
Suite 905
Birmingham, AL 35244
Telephone: (205) 988-9253
Facsimile: (205) 733-4896
dselby@baileyglasser.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

3

gporter@baileyglasser.com
rjenny@baileyglasser.com

Patrick O. Muench (*pro hac vice*)
318 W. Adams, Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (314) 863-5483
pmuench@baileyglasser.com

**IZARD KINDALL & RAABE LLP**

*/s/ Douglas P. Needham*
Douglas P. Needham
29 South Main Street, Suite 305
West Hartford, CT 06053
860-493-6292
Fax: 860-493-6290
Email: dneedham@ikrlaw.com

***Attorneys for Plaintiffs***