# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANIELLE THREADFORD and WILLIAM HOLMES**, on behalf of the McKinney Communications Corporation Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**HORIZON TRUST AND INVESTMENT MANAGEMENT, N.A., RODDY McKINNEY,** and **JANICE McKINNEY,**<br><br>**Defendants.** | **Case No. 2:20-cv-750-RDP**<br><br>**Joint Motion** |

## JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Danielle Threadford and William Holmes, Defendant Horizon Trust,[1] and Defendants Roddy McKinney and Janice McKinney (collectively, the "Parties"), by and through their undersigned counsel, respectfully request that the Court extend the deadline for filing the motion for preliminary approval of their class action settlement agreement by one week to May 17, 2022. In support of this joint motion, the Parties state as follows:

1. On March 25, 2022, Plaintiffs filed a Notice of Settlement advising the Court that the Parties had reached an agreement in principle to settle this lawsuit on a class basis and agreed to key terms. (Doc. # 114).

---

[1] "Horizon Trust" is used here as shorthand for Horizon Bank, d/b/a Horizon Trust & Investment Management. Plaintiffs named as defendant "Horizon Trust and Investment Management, N.A.," which does not exist.

2. The same day, the Court issued an Order setting a deadline of May 10, 2022 for the filing of the motion for preliminary approval of the settlement. (Doc. # 115).

3. Since that time, the Parties and their counsel have worked diligently to negotiate, draft, and revise the written class action settlement agreement, the plan of allocation for distributing the settlement proceeds to the putative settlement class, the motion for preliminary approval, the proposed order granting preliminary approval, the notice of the settlement to the putative settlement class, and other necessary materials. Those efforts also have involved negotiations with McKinney Communications Corporation, as well as communications with the current trustee for McKinney Communications Corporation Employee Stock Ownership Plan ("Plan") and the Plan's third party recordkeeper.

4. Despite their best efforts to meet the May 10 deadline, the Parties require a brief extension of time to complete their negotiations and revisions to the settlement papers, so that the preliminary approval motion and all supporting documents can be finalized.

5. This motion is made in good faith and not for any improper purpose. All Parties have agreed to the requested extension, and the extension will not prejudice any Party.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court enter an order extending the deadline for filing the motion for preliminary approval of the Parties' class action settlement to May 17, 2022.

Dated: May 9, 2022                                              Respectfully submitted,

**BAILEY & GLASSER LLP**                        **MAYNARD, COOPER & GALE, P.C.**

*/s/ David L. Selby II*                                         */s/ William B. Wahlheim, Jr.*
David L. Selby II                                                William B. Wahlheim, Jr.
3000 Riverchase Galleria                                 2400 Regions/Harbert Plaza
Suite 905                                                           1901 6th Avenue North
Birmingham, AL 35244                                    Birmingham, Alabama 35203
Tel: (205) 988-9253                                         Tel: 205.254.1000
Fax: (205)733-4896                                         Fax: 205.254.1988
dselby@baileyglasser.com                             wwalheim@maynardcooper.com

2

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

Patrick O. Muench (*pro hac vice*)
318 W. Adams, Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (314) 863-5483
pmuench@baileyglasser.com

**IZARD KINDALL & RAABE LLP**

*/s/ Douglas P. Needham*
Douglas P. Needham
29 South Main Street, Suite 305
West Hartford, CT 06053
Tel: 860-493-6292
Fax: 860-493-6290
dneedham@ikrlaw.com

***Attorneys for Plaintiffs***

**GROOM LAW GROUP, CHARTERED**

*/s/ Lars C. Golumbic*
Lars C. Golumbic (*pro hac vice*)
Sean C. Abouchedid (*pro hac vice*)
Andrew D. Salek-Raham (*pro hac vice*)
1701 Pennsylvania Ave., NW
Suite 1200
Washington, DC 20006
Tel: (202)861-6615
Fax: (202) 659-4503
lgolumbic@groom.com
sabouchedid@groom.com
asalek-raham@groom.com

***Attorneys for Horizon Bank d/b/a Horizon Trust and Investment Management***

**JACKSON LEWIS P.C.**

*/s/ Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Tel: (205) 332-3101
Fax: (205) 332-3131
Thomas.Davis@jacksonlewis.com

Howard Shapiro (*pro hac vice*)
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel: (504) 208-1755
Fax: (504) 208-1759
howard.shapiro@jacksonlewis.com

***Attorneys for Roddy McKinney and Janice McKinney***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of May, 2022, the foregoing was filed using the Court's CM/ECF system, which will serve notice upon all counsel of record.

*/s/David L. Selby, II*
*David L. Selby, II*