# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **DANIELLE THREADFORD, et. al,** | } | |
| **Plaintiffs,** | } | |
| v. | } | Case No.: 2:20-cv-00750-RDP |
| **HORIZON TRUST & INVESTMENT MANAGEMENT, N.A., et al.,** | } | |
| **Defendants.** | } | |

## ORDER

This case is before the court on Plaintiff's Motion for Unopposed Motion for Preliminary Approval of Settlement and Certification of Settlement Class. (Doc. # 118). This case is **SET** for a telephone conference on **Thursday, September 1, 2022 at 3:00 p.m.** The parties are **DIRECTED** to call 866-434-5269 at the scheduled time. The access code is 6022965.

**DONE** and **ORDERED** this August 31, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE